No. 32. JENNIE M. BLAIR, NEE ADAIR, *v.* SAM F. WILKERSON ET AL. Error to the Supreme Court of the State of Oklahoma. Submitted October 13, 1927. Decided October 24, 1927. *Per Curiam.* The writ of error is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari, the certiorari is denied for the reason that, if granted, the case would have to be affirmed on the authority of *Gilcrease* v. *McCullough,* 249 U. S. 178. *Messrs G. L. Grant, Henry Warrum* and *E. M. Frye* for plaintiff in error. *Mr. W. A. Chase* for defendants in error.

---

No. 16. PEOPLE OF THE STATE OF NEW YORK, EX REL. INTERNATIONAL BRIDGE COMPANY, *v.* STATE TAX COMMISSION. Error to the Supreme Court of the State of New York. Argued October 13, 1927. Decided October 24, 1927. *Per. Curiam.* Affirmed on the authority of *International Bridge Co.* v. *New York,* 254 U. S. 126. *Mr. S. Fay Carr,* with whom *Mr. Adelbert Moot* was on the brief, for plaintiff in error. *Mr. Herbert A. Hickman,* with whom *Messrs. Albert Ottinger,* Attorney General of New York, and *Frederick C. Rupp* were on the brief, for defendant in error.